PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FILED

MAR 1 3 2023



IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__SAN ANTONIO__ DIVISION

__MICHAEL ADAM KOZITZKI TX STATE ID #16944738 BEXAR CO. SID #576326__
Plaintiff's Name and ID Number                ADULT Detention Center

__BEXAR County ADULT Detention Center (Jail)__
Place of Confinement

CASE NO. __SA23CA0314XR__
(Clerk will assign the number)

v.

__BEXAR County JUSTICE CENTER 101 w. Nueva San Antonio, TEXAS 78205__
Defendant's Name and Address
__Prosecutors, Court Officials, District Clerks office 101 w. Nueva San Antonio, TEXAS 78205__
__Judges also Parole officers of BEXAR County San Antonio TEXAS__
Defendant's Name and Address
__STATE of TEXAS__
__Capital Building 1100 Congress Ave, AUSTIN, TEXAS 78701__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO
      1107 § 1983    Not Against STATE of TEXAS
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: _? Not Sure DATE - Never won any Civil Lawsuits_
      2. Parties to previous lawsuit:
         Plaintiff(s) _Michael Adam Kozitzki TX STATE ID# 16944738 SS# 378 665119_
         Defendant(s) _TEXAS Dept Criminal Justice & BexAR County ADULT Detention Center_
      3. Court: (If federal, name the district; if state, name the county.) _Western ; BEXAR_
      4. Cause number: _? Not Sure_
      5. Name of judge to whom case was assigned: _Not Sure_
      6. Disposition: (Was the case dismissed, appealed, still pending?) _STILL PENDING_
      7. Approximate date of disposition: _Not Sure_

2

II. PLACE OF PRESENT CONFINEMENT: BEXAR County ADULT Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: MICHAEL ADAM KOZITZKI c/o Janie H. Alvarado 5940 Danny Kaye Dr. Apt #106 San Antonio TEXAS 78240

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: JUDGE of 144th Judicial District Court (2017) Nov 29 Cause No. CR 4497 JUDGE of 144th Judicial District Court (2019-2020 sett) Jan 13 or 12 Cause No. CR12258

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Defamation Slander Theft of Identity and all Records — Violated Constitutional LAWs, Due Process, TEXAS. CODE. CRIMINAL. Procedure. Penal CODEs 32.22 Criminal Simulation, 32.48 Simulating Legal Process. Fraud, Forgery Legal Document Counterfieting

Defendant #2: (Prosecuters 144th) (2017) Nov 29 Cause No. CR 4497 and in (JUDGES 144th) (2019-2020 sett) Jan 13 on or around CR12258 Same as Defendant #1 Violations—

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Assault Human Right's ABUSES. Theft of Records Theft of Identity Assault Human Rights ABUSES. Defamation Slander Violation's of Constitutional LAWs, Due Process, TEXAS CODE. CRIMINAL. Procedure Penal CODE 32.22 Criminal Simulation, 32.48 Simulating Legal Process, Fraud, Forgery Counterfieting Legal Documents

Defendant #3: STATE of TEXAS Capital Building 1100 Congress Ave. AUSTIN TEXAS 78701 GOVERNER of STATE of TEXAS and all Involved.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. All Same as above Identity Theft, Counterfieting, Slander Constitutional Law Violations "Bill of RIGHTS" Human RIGHTS, Civil Rights TERRORISIM Throug Community Mobbing, Cyber STALKING, Assualt. ABUSES

Defendant #4: BEXAR County ADULT Detention Center 200 W. Comal St San Antonio TEXAS 78207 SHERIFF JAVIER Salazar and Willam McMantis Mantis

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. All Same as ABOVE and what on my 1107 and using food as Punishment.

Defendant #5: Bobby Limpkin, TDCJ, and Inmate TRust fund Huntsville TEXAS Department of Criminal Justice TEXAS. PO BOX 60 and or 90?

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. All Same as above and everything on my 1107.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

By Technologys Military Systems and Medical Bexar Co. Been Terrorised by Terrorist in STATE of TEXAS Dept of Justice, Local organized Crime Networking Courts Constitution LAW violation's, Human RIGHTS, Civil Rights, Due to Attemped Process of LAW, Fraud, Forgery, Alteration's of Documents, Theft Atempted Murder of IDentity, Defamation, Slander, Atemped inducted Mental illness, Genocyde Attemp &Assualt, Theft of Records, Documents, Alteration of Medical Records of Family & LABOR LAW violation's, Cyber STAlking, BIO-Hacking, EMG weapons, organized crime Hacking of Ceilphone's and other technology's, Frequency weapon's Assuolt, Human Rights Nanno Technology Assuolt, Penal CoDES violations - § 32.22, 31.03, 31.02, 31.01 ABUSES 31.05, 31.06, 31.07, 31.08, 31.09, 31.10, 31.11, 31.12, 31.13, 31.14, 31.15, 31.16, 31.20, 32.02, 32.03, 32.21, 32.23, 32.24, 32.31, 32.315, 32.32, 32.33, 32.34, 32.35, 32.41, 32.42, 32.43, 32.44, 32.45, 32.46, 32.47, 32.48, 32.49, 32.51, 32.52, 32.53, 32.54, 32.55, 32.21, 32.72

VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Also Asset's, 401K etc. Human Right's ABUSES
Full Rienbursment of all Family and my Funds, Monitary Damages, All future Medical cost, pain and suffering, All Identity's of Family veritfied and all Imposters Prosecuted in Court of LAW and TERRORIST Prosecuted in full.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

The only 2 Aliases because of Court Systems - John & Edward Kozitzki ABUSE of Power Johnathan

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. Bexar Co. Adult Detention Center SID# 576326
TDCJ SID# 05440350  TDCJ CID# 02304453  Prior TDCJ CID# 02168659
May be One more?

VIII. SANCTIONS: Never been in Civil Court Procceding
A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO
don't understand word Sanction
B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A ?
2. Case number: N/A ?
3. Approximate date sanctions were imposed: N/A ?
4. Have the sanctions been lifted or otherwise satisfied? N/A ?     ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __N/A__
   2. Case number: __N/A__
   3. Approximate date warning was issued: __N/A__

Executed on: __03/07/2023__
             DATE

MICHAEL ADAM KOZITZKI
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __7th__ day of __MARCH__, 20__23__.
            (Day)              (month)        (year)

MICHAEL ADAM KOZITZKI
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

To Court and Honorable Judge of the Western DISTRICT TEXAS

I am a Reddix-Holmgrem ISD STINTSON MIDDLE School NISD Construction Security Gard for Marksman Construction Company; I fear something is gonna happen at that school and I also Fear For my Girlfriends Life, Please notify someone.

phone (210) 980 5021   Janie H. Alvarado
5940 Danny Kaye DR Apt 106#
San Antonio TEXAS
~~7824~~ 78240