UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL ADAM KOZITZKI,** **SID #576326,** | § § § | |
| **Plaintiff,** | § § | |
| | § | SA-23-CV-00314-XR |
| v. | § § | |
| **BEXAR COUNTY JUSTICE CENTER,** **ET AL.,** | § § § § | |
| **Defendants.** | § § | |

**ORDER OF DISMISSAL**

Before the Court is *pro se* Plaintiff Michael Adam Kozitzki's ("Kozitzki") 42 U.S.C. § 1983 Civil Rights Complaint. (ECF No. 1). Upon review, Kozitzki's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to comply with the Court's March 15, 2023 Order. (ECF No. 1, 3); *see* FED. R. CIV. P. 41(b).

**APPLICABLE LAW**

The filing fee for any civil action is $402.00. *See* USDC Fee Schedule at https://www.insd.uscourts.gov/sites/insd/files/DCFeeSchedule.[1] Every federal–court litigant is liable for the filing fee when instituting a civil action. 28 U.S.C. § 1914(a); *see Norton v. Dimazana*, 122 F.3d 286, 290–91 (5th Cir. 1997); *Robbins v. Switzer*, 104 F.3d 895, 898 (7th Cir. 1997). However, a prisoner such as Kozitzki is not required to prepay his filing fee; rather, he may seek to proceed *in forma pauperis* ("IFP") by filing with the Court an affidavit showing he is unable to pay the fees, accompanied by a certified copy of his trust fund account statement for the

---

[1] The $402.00 fee includes a $52.00 administrative fee, which is waived if a prisoner is granted IFP status. *See* https://www.insd.uscourts.gov/sites/insd/files/DCFeeSchedule.

preceding six months. *See* 28 U.S.C. § 1915(a)(1), (b). A prisoner who brings a civil lawsuit IFP is subject to paying an initial partial filing fee, and thereafter, monthly payments until the entire $350.00 filing fee is paid in full. *See* 28 U.S.C. § 1915(b); *Bruce v. Samuels*, 577 U.S. 82, 85–86 (2016); *Robbins*, 104 F.3d at 898 (holding every IFP litigant is liable for filing fee, "all [28 U.S.C.] § 1915(a) does for any litigant is excuse the *pre*–payment of fees."). The Court does not have the authority to waive the filing fee. *Robbins*, 104 F.3d at 898.

### APPLICATION

When Kozitzki filed this § 1983 action, he failed to either pay the filing fee or file a properly supported motion to proceed IFP. (ECF No. 1). Accordingly, by Order dated March 15, 2023, this Court ordered Kozitzki to either pay the filing fee or file a properly supported IFP application on or before thirty days from the date of the Order, i.e., by April 14, 2023. (ECF No. 3). Kozitzki was advised that if he failed to comply, his Complaint could be dismissed for failure to prosecute and failure to comply with the Court's Order. (*Id.*); *see* FED. R. CIV. 41(b). Although given ample opportunity to comply, Kozitzki has failed to comply.

**IT IS THEREFORE ORDERED** that Kozitzki's 42 U.S.C. § 1983 Civil Rights Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's March 15, 2023 Order.

It is so **ORDERED**.

It is so **ORDERED**.

**SIGNED** this 2nd day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE