UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL ADAM KOZITZKI,** <br> **SID #576326,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BEXAR COUNTY JUSTICE CENTER, ET AL.,** <br><br> **Defendants.** | § § § § § § § § § § § § | SA-23-CV-00314-XR |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing *pro se* Plaintiff Michael Adam Kozitzki's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Michael Adam Kozitzki's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's March 15, 2023 Order.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 2nd day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE